Dismissed; Opinion issued November 15, 2012



In The

# Court of Appeals

# Fifth District of Texas at Dallas

## No. 05-12-01389-CV

### THOS. S. BYRNE, LTD., Appellant

### V.

### OMP DEVELOPMENT, LLC AND THE AMERICAN ARBITRATION ASSOCIATION, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00786**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy

The Court has before it appellant's November 2, 2012 unopposed motion to dismiss appeal.

*See* TEX. R. APP. P. 42.1(a). We **GRANT** the motion and **DISMISS** the appeal.

PER CURIAM

121389F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THOS. S. BYRNE, LTD., Appellant

No. 05-12-01389-CV      V.

OMP DEVELOPMENT, LLC AND THE
AMERICAN ARBITRATION
ASSOCIATION, Appellees

Appeal from the 134th Judicial District
Court of Dallas County, Texas. (Tr.Ct.No.
DC-12-00786).
Opinion delivered per curiam before Justices
Bridges, O'Neill, and Murphy.

      In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. It is **ORDERED** that appellees OMP Development, LLC and the American Arbitration Association recover their costs of this appeal from appellant Thos. S. Byrne, Ltd.


Judgment entered November 15, 2012.


MARY MURPHY
JUSTICE